# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHARLES JACOBS, KIMBERLY JACOBS,** and **SOLAR SPORTSYSTEMS, INC.,**
Appellants,

v.

**PALM BEACH POLO AND COUNTRY CLUB PROPERTY OWNERS' ASSOCIATION, INC.; PALM BEACH POLO HOLDINGS, INC.; FAR NIENTE STABLES II, LLC; POLO FIELD ONE, LLC; STADIUM NORTH, LLC; STADIUM SOUTH, LLC; PALM BEACH POLO, INC.;** and **SAL V. SPANO,**
Appellees.

No. 4D18-2492

[October 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2012-CA-002417-XXXX-MB.

James M. McCann and Tracy T. Segal of Akerman, LLP, West Palm Beach; and Jeffrey S. Bass and Katherine R. Maxwell of Shubin & Bass, P.A., Miami, for appellants.

Daniel S. Rosenbaum, Misti Z. Barnett and Dina L. Rosenbaum of Rosenbaum PLLC, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***